IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO GRAY, JR.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 25-CV-0918** |
| | : | |
| **ENTITY, PHILADELPHIA** | : | |
| **PARKING AUTHORITY,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 6th day of June, 2025, upon consideration of Plaintiff Antonio Gray, Jr.'s *Motion to Proceed In Forma Pauperis* (ECF No. 6), and his *pro se* Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, with prejudice,** for the reasons set forth in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

        **BY THE COURT:**

        /s/ *Nitza I. Quiñones Alejandro*
        **NITZA I. QUIÑONES ALEJANDRO**
        *Judge, United States District Court*